IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-00211-RJC-DCK

| USA, | ) |  |
| --- | --- | --- |
| Plaintiff, | ) |  |
| v. | ) | ORDER |
| TAWANICA AMANI MCCOY, | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 24), the Indictment, (Doc. No. 1), without prejudice, following her guilty plea to an Information filed in Case No. 3:22-mj-226.

**IT IS ORDERED** that the Government's motion, (Doc. No. 24), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: May 25, 2022

Robert J. Conrad, Jr.
United States District Judge